Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET
(To be used for **all** new Bills of Indictments and Bills of Information)

# U. S. DISTRICT COURT

**CASE SEALED:**  ◯ YES  ⦿ NO

**DOCKET NUMBER:** 3:24-CR-193-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**  :US vs JASON ALLISON, JR.

**COUNTY OF OFFENSE**  :  MECKLENBURG

**RELATED CASE INFORMATION**  :

*Magistrate Judge Case Number*  :

*Search Warrant Case Number*  :

*Miscellaneous Case Number*  :

*Rule 20b*  :

**SERVICE OF PROCESS**  :  ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. § 1344(2);  18 U.S.C. § 1349;  AND 18 U.S.C. § 2

**JUVENILE:**  ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY**  :  KENNETH SMITH

**VICTIM/WITNESS COORDINATORS:**  LYNNE CROUT

**INTERPRETER NEEDED**  :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )